

# Civil Return

SHERIFF VICTOR REGALADO

## TULSA COUNTY SHERIFF OFFICE
303 W 1 S ST
TULSA, OKLAHOMA 74103

www.tcso.org

Phone: (000) 000-0000
Fax:

| | |
|---|---|
| Plaintiff: | JENNY ET AL |
| Case Number: | 23-CV-474-SH |
| Defendant: | REETZ, JEFFREY |
| Person to Serve: | REETZ, JEFFREY |
| Date of Return: | Tuesday, January 23, 2024 |
| Type of Civil Paper: | SUMMONS |
| Date Served: | 01/16/2024   1551   Number of Attempts: 3 |
| Eviction Date/Time: | 000 |
| Who Served: | REETZ, JEFFREY |
| Address: | 5618 S 95TH E AVE TULSA, OKLAHOMA |
| Service Requested: | PERSONAL SERVICE |
| Actual Service Type: | PERSONAL SERVICE |

Entry Date: 11/06/2023

_BRIAN W. HEARD (156)_
TULSA COUNTY SHERIFF OFFICE

Printed:   January 23, 2024   8:17:31AM

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| 1. Jenny, 2.Jane, 3. Fiona, 4. Erin, 5. Amy, 6.Jessica, 7. Anna, 8. Taylor, 9. Lily, 10. Sarah, 11. Henley, 12. Jane Doe, for Savannah, and Skylar, a minor, 13.John Doe, for Sally, 14.Maureen, 15.Violet 16. Pia, 17. Mya *Plaintiff(s)* v. 1. Jeffrey Rahn Reetz *Defendant(s)* | Civil Action No. 23-cv-474-SH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeffrey Rahn Reetz

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
A. Laurie Koller
Kollar Trial Law PLLC
2504 E. 21st St. Ste. B
Tulsa, OK 74114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark C. McCartt, Clerk
CLERK OF COURT

Date: 11/06/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeffrey Reetz
was received by me on *(date)* 11-20-2023.

☒ I personally served the summons on the individual at *(place)* 5618 S 95th E Ave
Tulsa, Oklahoma on *(date)* 01/16/24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1-29-24

_____
Server's signature

Brian Heard Deputy
Printed name and title

500 S Denver Ave, Tulsa Ok 74103
Server's address

Additional information regarding attempted service, etc:

Served: Issued Summons, Civil Cover Sheet, Complaint, Entry of Appearance, Notice of Assignment of Case to a United States Magistrate Judge and Declination of Consent Form, Minute Order, Summons Entry of Appearance, Plaintiff Opening, Declaration of James Marsh, Declaration of Carl Hepburn, Declaration Deborah Bianco, Exibit 4 and two motion to appear Pro Hac Vice

(xiv)  Motion to Appear Pro Hac Vice and Exhibit A (ECF No 09-09-1)
(xv)   Motion to Appear Pro Hac Vice and Exhibit A (ECF No 10-10-1)

Please kindly serve **all** enclosed documents on the above-mentioned Defendant at the address provided below:

**JEFFREY RAHN REETZ**
**5618 S. 95th E. Ave.**
**Tulsa, OK 74126.**

The issued summons for service in this action is attached to this letter and **does not contain an ECF stamp.**

Please return the affidavit of service, listing all the above documents, as soon after service is complete. To be clear, we need the affidavit of service to explicitly list out each document that you served upon the Defendant. Should you have any questions, please contact my Paralegal, Cassandra Sorrentino, directly by phone or email: (646) 673-0104, cassandrasorrentino@marsh.law

Sincerely,

*Cori J. Iacopelli*

Cori J. Iacopelli, Esq.
Enclosures

# MARSH LAW FIRM

CORI IACOPELLI, ESQ
31 HUDSON YARDS, ELEVENTH FLOOR
NEW YORK, NEW YORK 10001
212-372-3030 | CORIIACOPELLI@MARSH.LAW

November 16, 2023

**_Sent Via FedEx Overnight_**
ATTN: Service Processor
Tulsa County Sheriff's Office
500 S. Denver Ave
Tulsa, Oklahoma 74103
Phone: (918) 596-5663

Re:   **_Service of Process: Defendant Jeffrey Rahn Reetz_**
         Address:  5618 S. 95th E. Ave. Tulsa, OK 74126

Dear Recipient,

Enclosed please find the documents filed in the Civil Action entitled *Jenny et al. v. Jeffrey Rahn Reetz*, NDOK, 23-cv-00474. In addition to the documents, please find a check in the amount $50 to cover the cost of service, along with a self-addressed return envelope.

The enclosed documents for service are as follows:

(i) Issued Summons (NO ECF STAMP NUMBER)
(ii) Civil Cover Sheet (ECF No. 1)
(iii) Complaint (ECF No. 2)
(iv) Entry of Appearance (ECF No. 3)
(v) Notice of Assignment of Case to a United States Magistrate Judge and Declination of Consent Form (ECF No. 4)
(vi) Minute Order (ECF No. 5)
(vii) Summons (ECF No. 6)
(viii) Entry of Appearance (ECF No. 7)
(ix) Plaintiff's Opening Brief in Support of Plaintiffs' Motion to Proceed with Pseudonyms (ECF No. 8)
(x) Declaration of James R. Marsh in Support of Plaintiffs' Motion to Proceed with Pseudonyms (ECF No. 8-1)
(xi) Declaration of Carol L. Hepburn in Support of Plaintiffs' Motion to Proceed with Pseudonyms (ECF No. 8-2)
(xii) Declaration of Deborah A. Bianco in Support of Plaintiffs' Motion to Proceed with Pseudonyms (ECF No. 8-3)
(xiii) Exhibit 4 (ECF No. 8-4)