UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| "JENNY", "JANE", "FIONA", "ERIN", "AMY", "JESSICA", "ANNA", "TAYLOR", "LILY", "SARAH", "HENLEY", "JANE DOE" as conservator for "SAVANNAH" a protected person, and for "SKYLAR" a minor, "JOHN DOE" as conservator for "SALLY", a minor, "MAUREEN", "VIOLET", "PIA", and "MYA",<br><br>     Plaintiffs,<br>v.<br><br>JEFFREY RAHN REETZ,<br><br>     Defendant. | Case No. 4:23-cv-00474-JDR-SH |

## MOTION TO FILE OUT OF TIME

**COME NOW** the Plaintiffs, by and through their attorneys of record, and for their Motion to File out of Time, do hereby state and allege as follows:

1. Plaintiffs bring this motion requesting the court's permission to file now their sealed document with identification of their legal names and to amend the caption herein to reflect only the names of plaintiffs remaining in the case

2. With the filing of the Complaint herein Plaintiffs filed a Motion to Allow Use of Pseudonyms. The Defendant filed no response. The court's Opinion and Order at Docket # 21 provided that Plaintiffs may use pseudonyms in this matter but that they must file a document, under seal, disclosing their legal names. This document is not to be given to Defendant, given his status as a convicted child pornography offender and Plaintiffs' status as his victims.

3. The Court gave Plaintiffs the option of moving for a protective order. Plaintiffs then would have 14 days after resolution of any motion for protective order to file their document disclosing identifying information for the Court's eyes only.

4. Upon receipt of this Court's order each of the Plaintiffs had to be individually contacted and counseled concerning the impact of the order, the Plaintiffs' individual situations, concerns, and symptomology, and their decision about going forward. This was a difficult decision for some which took some extensive consideration, conversation, and mulling over.

5. A number of plaintiffs decided to withdraw from this action rather than to risk the possibility that their identities might somehow be disclosed to Defendant herein or someone else. Among the group of plaintiffs who decided to withdraw were all of the clients of the Marsh Law Firm. Members of the Marsh Law Firm were attorneys of record, but the withdrawal of their clients necessitated their withdrawal as attorneys of record and the appearance of additional counsel joining with local counsel from the Koller Firm as attorneys of record. Carol L. Hepburn thereafter filed a Notice of Appearance and joined the ECF system for the Northern District of Oklahoma for the first time.

6. These tasks took longer than counsel anticipated. The document specifying identifying information for the plaintiffs who desire to remain in this action and to pursue their statutory rights against this defendant is prepared and ready to file. Permission to file now is requested.

7. This request is not made for any improper purpose and the short extension requested will not negatively impact the currently set scheduling order deadlines.

8. Plaintiffs remaining also request permission to change the caption to reflect only those plaintiffs who remain in the action.

WHEREFORE, premises considered, Plaintiffs respectfully request they be granted leave to file their **_Highly Confidential_** List of Plaintiffs' Legal Identities out of time and that their filing of this document be deemed to have been timely filed.

DATED this 30th day of May, 2024.

                                              KOLLER TRIAL LAW
                                              By: /s/ Laurie Koller
                                              Laurie Koller (OK Bar No.: 16857)
                                              2504 E. 21ST Street, Suite B
                                              Tulsa, Oklahoma 74114
                                              Phone: (918) 216-9596
                                              Email: laurie@kollertriallaw.com

                                              CAROL L. HEPBURN, P.S.
                                              By: /s/ Carol L. Hepburn
                                              Carol L. Hepburn, *Pro Hac Vice*
                                              PO Box 17718
                                              Seattle, WA. 98127
                                              Phone: (206) 957-7272
                                              Email: carol@hepburnlaw.net

                                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 30th day of May, 2024, the foregoing document was electronically filed with the Court's Electronic Filing System and will be served electronically on all registered attorneys of record. A hard copy of the foregoing document will also be served upon Defendant Jeffrey Rahn Reetz at the address indicated below:

Jeffrey Rahn Reetz, *pro se*
5618 S. 95th St. E. Avenue
Tulsa, OK 74126

/s/ Carol L. Hepburn
Carol L. Hepburn