UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)"SARAH", (2)"HENLEY", (3)"JANE DOE" as court appointed conservator for "SKYLAR", a minor, and for "SAVANNAH", a protected person, (4)"JOHN DOE" as court appointed conservator for "SALLY", a minor, (5)"MAUREEN", (6)"PIA", and (7)"MYA",<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY RAHN REETZ,<br><br>Defendant. | NO. 4:23-cv-00474-JDR-SH<br><br>DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF MINUTE ORDER DKT NO. 61 RE VERIFICATION OF DEPOSIT OF FUNDS RE SETTLEMENTS OF MINOR AND PROTECTED PERSONS |

I, CAROL L. HEPBURN hereby declare as follows:

1. I represent the Plaintiffs Jane Doe as court appointed conservator for Skylar and Savannah, protected persons, and John Doe as court appointed conservator for Sally, a minor. ("Plaintiffs"). I make this declaration based upon my own personal knowledge and professional experience as an attorney, in compliance with Minute Order Dkt. 61 requiring Verification of Deposit of Settlement Funds of minor and protected plaintiffs.

2. On August 22, 2025, I received proof of deposit of settlement funds to blocked accounts for protected persons Savannah and Skylar for this matter.

3. On September 10, 2025, I received proof of deposit of settlement funds to a blocked account for minor Sally for this matter.

//

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF MINUTE ORDER DKT. NO 61 RE VERIFICATION OF DEPOSIT OF FUNDS RE SETTLEMENTS FOR MINOR AND PROTECTED PERSONS - 1

**Carol L. Hepburn, P.S.**
Attorneys at Law
Po Box 17718
Seattle, WA. 98127

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 12th day of September, 2025.

> CAROL L. HEPBURN, P.S.
>
> By /s Carol L. Hepburn
> Carol L. Hepburn, WSBA No. 8732, *Pro Hac Vice*
> Po Box 17718
> Seattle, WA. 98127
> (206) 957-7272/(206) 957-7273 fax
> Email: carol@hepburnlaw.net
> Of Attorneys for Plaintiffs Sarah, Jane Doe for Skylar and Savannah, protected persons, John Doe for Sally, a minor

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF MINUTE ORDER DKT. NO 61 RE VERIFICATION OF DEPOSIT OF FUNDS RE SETTLEMENTS FOR MINOR AND PROTECTED PERSONS - 2

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
Po Box 17718
Seattle, WA. 98127